# IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**JIMMY RAY and CATHY RAY,**

Plaintiffs-Appellees,

**v.**                                                              **No. 28,723**

**BERNICE SANCHEZ,**

Defendant-Appellant.

**APPEAL FROM THE DISTRICT COURT OF QUAY COUNTY**
**Donald C. Schutte, District Judge**

Border Law Office
Nancy G. English
Tucumcari, NM

for Appellees

Henninghausen & Olsen
Gabriel Villegas
Roswell, NM

for Appellant

## MEMORANDUM OPINION

**SUTIN, Judge.**

Summary affirmance was proposed for the reasons stated in the notice of proposed summary disposition. No memorandum opposing summary affirmance has been filed and the time for doing so has expired.

AFFIRMED.

**IT IS SO ORDERED.**

_____
**JONATHAN B. SUTIN, Judge**

**WE CONCUR:**

_____
**ROBERT E. ROBLES, Judge**

_____
**TIMOTHY L. GARCIA, Judge**